UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **ELDIN GUZMAN-CONTRERAS**<br>REG. # 47239-308 | **DOCKET NO. 2:23-CV-01221**<br>SECTION P |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **F. MARTINEZ, WARDEN** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the objections to the Report and Recommendation in the record;

**IT IS ORDERED ADJUDGED AND DECREED** that this matter be **DISMISSED**.

**THUS DONE AND SIGNED** in chambers this 26th day of January, 2024.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE